## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-00012-36 |
| | ) | Magistrate Judge Knowles |
| DEONTE GRAHAM | ) | |

## O R D E R

This matter is scheduled for a Detention Hearing before the undersigned on June 10, 2014, at 2:00 p.m.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge