UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00012-36 |
| | ) | Judge Sharp |
| DEONTE GRAHAM | ) | |

## ORDER

For the reasons stated by Magistrate Judge Knowles, and for the reasons stated by the Court at the conclusion of the hearing on July 25, 2014, Defendant's Motion for Review of Detention Order (Docket No. 2262) is hereby DENIED.

The Court finds the Government has carried its burden of showing that no conditions or combination of conditions that will ensure the safety of the public and the community, or the appearance of Defendant, were he released pre-trial. Accordingly, Defendant Graham shall REMAIN DETAINED pending trial.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE